IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PIETRO PASQUALE ANTONI SGROMO, | § | |
| *Plaintiff*, | § | |
| v. | § | |
| BESTWAY ENTERPRISE CO. LTD., BESTWAY (HONG KONG) INTERNATIONAL LTD., BESTWAY INFLATABLES AND MATERIAL CORPORATION, EUREKA INVENTIONS LLC, HEB GROCERY COMPANY LP, ACADEMY LTD, BESTWAY GLOBAL HOLDING COMPANY INC., TARGET STORES INC., WAL-MART STORES, INC., and WAL-MART STORES TEXAS, LLC, | § | Case No. 2:19-cv-00060-JRG-RSP |
| *Defendants*. | § | |

## ORDER

Before the Court is the Report and Recommendation of Magistrate Judge Payne dated August 29, 2019. (Dkt. No. 71.) Within this Report and Recommendation, Magistrate Judge Payne concluded that Plaintiff Pietro Pasquale Antoni Sgromo ("Plaintiff") failed to show that he has proper standing for the asserted patents and the asserted trademark. (*Id*.) Consequently, Magistrate Judge Payne recommended that Defendants' Motion to Dismiss (Dkt. No. 20) be **GRANTED** due to Plaintiff's lack of standing. (Dkt. No. 71.) Plaintiff filed an objection to the Report and Recommendation. (Dkt. No. 93.)

After reviewing the underlying briefing, the Report and Recommendation, and Plaintiff's objection, the Court agrees with the reasoning provided within the Report and Recommendation. The Report and Recommendation is therefore **ADOPTED**, and the objections are both **OVERRULED**.

**So Ordered this**

**Sep 24, 2019**

                                                                                                     _____
                                                                                                     RODNEY GILSTRAP
                                                                                                     UNITED STATES DISTRICT JUDGE