IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PIETRO PASQUALE ANTONI SGROMO, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | |
| BESTWAY ENTERPRISE CO. LTD., BESTWAY (HONG KONG) INTERNATIONAL LTD., BESTWAY INFLATABLES AND MATERIAL CORPORATION, EUREKA INVENTIONS LLC, HEB GROCERY COMPANY LP, ACADEMY LTD, BESTWAY GLOBAL HOLDING COMPANY INC., TARGET STORES INC., WAL-MART STORES, INC., and WAL-MART STORES TEXAS, LLC, | § § § § § § § § § § § § § | Case No. 2:19-cv-00060-JRG-RSP |
| *Defendants*. | § | |

## JUDGMENT

For the reasons assigned in the Order entered on this date,

IT IS ORDERED AND ADJUDGED that Plaintiff Pietro Pasquale Antonio Sgromo take nothing and that Plaintiff's claims against all Defendants be DISMISSED WITH PREJUDICE, and at Plaintiff's costs. The Clerk is directed to close this case.

**So Ordered this**
**Sep 24, 2019**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE