NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PIETRO PASQUALE ANTONIO SGROMO,**
*Plaintiff-Appellant*

v.

**BESTWAY ENTERPRISE CO., LTD., BESTWAY (HONG KONG) INTERNATIONAL LTD., BESTWAY INFLATABLES AND MATERIAL CORPORATION, EUREKA INVENTIONS LLC, HEB GROCERY COMPANY LP, ACADEMY, LTD., BESTWAY GLOBAL HOLDING COMPANY INC., WAL-MART STORES, INC., WAL-MART STORES TEXAS LLC,**
*Defendants-Appellees*

**TARGET STORES,**
*Defendant*

---

2020-1426

---

Appeal from the United States District Court for the Eastern District of Texas in No. 2:19-cv-00060-JRG-RSP, Chief Judge J. Rodney Gilstrap.

---

**O R D E R**

The appellant having failed to file the brief required by Federal Circuit Rule 31 within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT

November 19, 2020        <u>/s/ Peter R. Marksteiner</u>
                         Peter R. Marksteiner
                         Clerk of Court

**ISSUED AS A MANDATE:** November 19, 2020